UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACY JODETTE AUGUST, #714643,

        Petitioner,

                                    CASE NO. 2:11-CV-11717

v.                               HONORABLE PAUL D. BORMAN

MILLICENT WARREN,

        Respondent.

_____/

## ORDER DENYING PETITIONER'S MOTION FOR A
## CERTIFICATE OF APPEALABILITY AND APPLICATION
## FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

        This matter is before the Court on Petitioner's motion for a certificate of appealability and application to proceed *in forma pauperis* on appeal regarding the denial of her petition for a writ of habeas corpus. The Court, however, denied a certificate of appealability and denied leave to proceed on appeal *in forma pauperis* in its opinion and order denying the petition. The Court finds no reason to reconsider that decision. A motion for reconsideration which presents issues already ruled upon, either expressly or by reasonable implication, will not be granted. *See Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). Petitioner has not met her burden of showing a palpable defect by which the Court has been misled or her burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(h)(3).

Accordingly, the Court **DENIES** Petitioner's motion and application.

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

FEB 1 2 2014

Dated: _____

2